# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN C. RAYBURN,

      Plaintiff,

-v-

STAFFILINO CHEVROLET, INC., *et al.*,

      Defendants.

Case No. 2:18-cv-1534
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson

## ORDER

Defendant Santander Consumer USA Inc filed a Partial Motion to Dismiss Plaintiff's First Amended Complaint on December 27, 2018. (Doc. 13). On February 14, 2019, the parties filed a Notice of Stipulated Dismissal of Plaintiff's First Claim for Relief Only. The parties agree that the stipulated dismissal renders Defendant Santander's Partial Motion to Dismiss moot.

Therefore, Defendant Santander's Partial Motion to Dismiss is hereby **MOOT**. The Clerk shall remove Document 13 from the Court's pending motions list.

      **IT IS SO ORDERED.**

      */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**