IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN C. RAYBURN,<br><br>    Plaintiff,<br><br> v.<br><br>STAFFILINO CHEVROLET, INC.,<br>ANTHONY STAFFILINO, and<br>SANTANDER CONSUMER USA INC.,<br><br>    Defendants. | Civil Action 2:18-cv-1534<br>Judge George C. Smith<br>Magistrate Judge Kimberly A. Jolson |

## PROPOSED ORDER

This matter is before the Court on the parties' Joint Motion to Stay Litigation Pending Mediation. (Doc. 27).  More specifically, the parties seek to stay the deadlines set forth in the Court's January 23, 2019 Order (Doc. 18) for a period of ninety (90) days to allow the parties sufficient time to thoroughly explore settlement opportunities without incurring substantial additional litigation costs.  For good cause shown, that Motion is GRANTED.  Accordingly, the case schedule is modified as follows:

- Fact discovery closes October 21, 2019;

- Primary expert reports due November 4, 2019;

- Rebuttal expert reports due December 4, 2019;

- Expert discovery closes January 15, 2019;

- Class certification motion due by February 16, 2019;

- Dispositive motions due by May 14, 2020.

Further, as agreed upon in their motion, the parties shall submit a joint status report with the Court via email (jolson_chambers@ohsd.uscourts.gov) within five business days of the completion of mediation.

IT IS SO ORDERED.

Date: _____, 2019         _____
                                              KIMBERLY A. JOLSON
                                              UNITED STATES MAGISTRATE JUDGE