**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JOHN C. RAYBURN,**

    **Plaintiff,**

  **v.**                                        **Civil Action 2:18-cv-1534
Judge George C. Smith
Magistrate Judge Kimberly A. Jolson**

**SANTANDER CONSUMER USA INC.,**
**et al.,**

    **Defendants.**

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Remove or Seal (Doc. 31). For good cause shown, the Motion is **GRANTED**, and the Clerk is directed to seal Doc. 30.

IT IS SO ORDERED.

Date:  August 16, 2019                              /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                    UNITED STATES MAGISTRATE JUDGE