**Ronald I. Frederick, Esq.**
Frederick & Berler LLC
767 E. 185th Street
Cleveland, Ohio 44119
216-502-1055
ronf@clevlandconsumerlaw.com

    Frederick & Berler, LLC is the preeminent law firm concentrating on Consumer Law and Consumer Class Actions in Northern Ohio.  Founded in 1997, by Ronald I. Frederick, virtually the entire practice involves litigation on behalf of consumers, representing individuals and classes injured by predatory lending, abusive debt collection, and other unfair and deceptive business practices including automobile related issues.

    The firm has handled over a thousand consumer cases over the past 23 years.  Mr. Frederick is generally recognized by his peers in Consumer Law as an expert on Auto Repossessions and Auto Fraud and has been named Super Lawyer multiple times.  Mr. Frederick has also spoken at many CLE seminars on consumer law including:

- CORT Training Seminar on continuing legal education seminar (a training seminar for legal aid attorneys from the states of Ohio, West Virginia and Michigan) on April 23 and 24, 2001;

- The Ohio Judicial College, 2001 Magistrate Practice: Measure of Damages, November 14, 2001, Creditor Law and the Consumer, Damages available under CSPA, RISA and Home Solicitation Sales Act, Auto Repair and Fair Debt Collection Practices Act;

- The William J. O'Neill Bankruptcy Institute, sponsored by the Cleveland Bar Association, Fair Debt Collection: Recent Development for Consumers and Creditors, December 14, 2001.

- 2003 Auto Fraud Conference, sponsored by The National Association of Consumer Advocates, Professionalism, April 25-27, 2003.

- Mortgage Lending Litigation Conference, Representing Victims of Foreclosure Scams, sponsored by Nation Association of  Consumer Advocates, 2007.

- 12th Annual Consumer Law Institute, Consumer Auto Issues, sponsored by the Ohio State Bar Association Continuing Legal Education, 2007.

- Cort Training, Defending Unsecured Consumer Collection Matters in Court and in Arbitration, 2008.

- Cleveland Bar Association, Solo Small Firm Practice Section, Everything You Always Wanted to Know About Consumer Law But Didn't Know Who to Ask, 2009.

- Northern Ohio Municipal Judges Association, Everything You Wanted To Know About Consumer Law, But Didn't Know Who To Ask.  February 11, 2010.

- Fair Debt Collection Training Conference, sponsored by The National Consumer Law Center, Ethical Issues in Class Action Notices and Administration of Class Action Settlement, March 5-6, 2010.

- Ohio State Bar Association's Consumer Law Seminar on July 27, 2011, Pros and Cons to Pursuing Consumer Cases in a Class Action

- Consumer Law, Arbitration Clauses and Consumer Complaints, sponsored by the Ohio State Bar Association, Continuing Legal Education, 2013.

- Ohio State Bar Association's Consumer Law Seminar, 2015, Settling Class Actions.

- North American Consumer Protection Investigators (NACPI) Annual Meeting, 2019, payment packing.

The firm has acted as lead-counsel or co-counsel in over 40 class actions and obtained relief of more than $100 million dollars for many thousands of class members injured by violations of Ohio's Consumer Statutes.  These cases include:

- *Ford Motor Credit Co. v. Shaun E. Lowe*, Cleveland Municipal Court Case No. 99 CVF 15806;

- *Phillips v. Andy Buick et. al.*, Lake County Common Pleas Case No. 02CV001128;

- *Setliff, et al v. Morris Pontiac*, et al, Lorain County Common Pleas, Case No. 02-CV-131974;

- *Thompson v. Tri-County Kia*, Lorain County Common Pleas, Case No. 02-CV-132392, appeal dismissed;

- *Bartok v. Serpentini Group*, Cuyahoga County Common Pleas, Case Number 02 CV 479965;

- *Espay v. Bud Brady Ford*, C.P. 472093, appeal dismissed;

- *Willis v. T.E. Clarke Motors, Inc.,* Cuyahoga County Common Pleas Court Case No. 479655;

- *North Shore Auto Financing, Inc. v. Block*, 2003 WL 21714583, 2003-Ohio-3964, (Ohio App. 8 Dist., Jul 24, 2003) jurisdictional motion denied, 100 Ohio St.3d 1531, 800 N.E.2d 47;

- *Anderson v. Asset Acceptance Corp.*, 1:03CV97 (N.D. Ohio);

- *Washington v. Spitzer Management, Inc.*, 2003 WL 1759617, 2003-Ohio-1735 (8th Dist. April 3, 2003) jurisdictional motion denied, 99 Ohio.St.3d. 1543, 795 N.E.2d 682, 2003-Ohio-4671 (2003);

- *Huntington National Bank v. Bessie Malacky*, Cuyahoga County Common Pleas, 03 CV 491420;

- *Cummings, et al v. H&R Block*, Circuit Court of Kanawha County, West Virginia, Case No. 03-C-134;

- *First Merit v. Clauge*, Cleveland Municipal Court, Case No. 03 CVF 27720;

- *CNAC v. Claudio*, Lorain County Common Pleas, 04 CV 137406;

- *Northcoast Financial Services v. Webster*, Cleveland Municipal Court, 2004 CVF 18651;

- *Nicholas Financial v. Sanborn*, Cleveland Municipal Court, Case No. 2004 CVI 6969;

- *Tidewater Financial v. Wade, et al.*, Cuyahoga County Common Pleas, Case No. 05-CV-562559;

- *Burns v. Spitzer Management*, Cuyahoga County Court of Common Pleas, Case No. 06 CV 606666;

- *Brailsford v. Jackson Hewitt*, Case No. C 06-00700 CW (N.D. Cal);
- *Asset Acceptance v. Bediant*, et al, Lorain County Common Pleas, Case No. 07-CV-1525;

- *Broadway Finance Co. v. Lakettia McCutchen*, et al, Cleveland Municipal Court Case No. 07 CVF 09855;

3

- *Miguel Allende v. United Acceptance, Inc.*, Lorain County Common Pleas, Case No. 08 CV 158791;

- *Central Ohio Credit Corp. v. Conway*, Richland County Common Pleas, Case No. 08 CV 2000;

- *Hall v. Capital One Auto Finance, Inc.*, Northern District Ohio, Case No. 1:08-cv-01181;

- *Ribot, et al. vs. Spitzer, et al.,* Cuyahoga County Court of Common Pleas, Case No. 08-CV-668264;

- *Shagawat v. Northcoast Cycles, LLC*, Cuyahoga County Court of Common Pleas, Case No. 09-CV-697047;

- *CES Credit Union v. Jacob D. Fulton*, Richland County Court of Common Pleas, Case No. 12 CV 0877;

- *White, et al. v. Wells Fargo Bank, N.A.*, Northern District Ohio, Case No. 12 CV 00943;

- *American General Finance v Opal Griffin, et al.*, Cuyahoga County Court of Common Pleas, Case No. 09 CV 685562;

- *Caffy Steen, et al. vs. Guardian Financial Services Company*, Cuyahoga County Court of Common Pleas, Case No. 2014-CV-0548;

- *William Hodge vs. Chaparral, Inc. dba Northcoast Financial Services*, Lucas County Court of Common Pleas, Case No. G4801-CI-0201502298-000;

- *Southern Auto Finance Company, LLC vs. Tracey Terry, et al.*, Cuyahoga County Court of Common Pleas, Case No. CV-16-864734;

- *Martin Baker vs. Levin Furniture (Sam L;vin, Inc.)*, Cuyahoga County Court of Common Pleas, Case No. CV-11-754814;

- *People's Credit Co., v. Emmanuel Penson, et al.*, Cuyahoga County Court of Common Pleas, Case No. CV-14-825302;

- *Rose Brock, et al. vs Directions Credit Union, Inc.,* Lucas County Court of Common Pleas, Case No. G4801-CI-0201603461-000;

- *Ronald Jones v. Car Financial Services, Inc.*, Cuyahoga County Court of Common Pleas, Case No. CV-13-817202;

- *Charles Robinson v. Regional Acceptance Corp.,* Cuyahoga County Court of Common Pleas, Case No. CV-17-882918;

- *Advanced Dermatology vs. Adv-Care Pharmacy, Inc.,* Northern District of Ohio, Case No. 1:17-cv-00251;

- *Bradley Dinnan, et al. v. Seven Seventeen Credit Union, Inc.,* Trumbull County Court of Common Pleas, Case No. 2018-CV-1162.

- *Aldone Flonnoy v. Century Federal Credit Union*, Cuyahoga County Court of Common Pleas, Case No. CV 18 899934;

- *Farmers National Bank vs. Laci T. Kichurchack*, Cuyahoga County Court of Common Please, Case No. CV 18 894357.