IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN C. RAYBURN,

    Plaintiff,

v.

SANTANDER CONSUMER USA INC., et al.,

    Defendants.

Civil Action 2:18-cv-1534

Judge Edmund A. Sargus Jr.
Magistrate Judge Jolson

### DELCARATION OF DANIEL P. GOETZ IN SUPPORT OF CLASS COUNSELS' REQUEST FOR AN AWARD OF ATTORNEY FEES AND EXPENSES

I, DANIEL P. GOETZ, declare as follows:

1. I am a partner with the firm of Weisman, Kennedy & Berris. I am submitting this declaration in support of Class Counsels' Request For An Award of Attorney Fees and Expenses.

2. Attached hereto as Exhibit B-1 is a firm resume for Weisman, Kennedy & Berris.

3. My firm incurred expenses in the amount of $515.46 in this matter.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct. Executed this 15th day of February, 2021 at Cleveland, Ohio.

_____
DANIEL P. GOETZ, ESQ.

Exhibit B