# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| John C. Rayburn,<br>*Plaintiff*<br>v.<br>Santander Consumer USA Inc., et al.,<br>*Defendant* | )<br>)<br>) Civil Action No. 2:18-cv-1534<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Final Judgment Order filed 4/13/2021 this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 04/13/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*