# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN C. RAYBURN,**

    **Plaintiff,**

v.

**STAFFILINO CHEVROLET, INC.,** *et. al.*,

    **Defendants.**

Case No. 2:18-cv-1534
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Provide Notice to Non-Class Members. (ECF No. 67). The parties request authorization to notify certain individuals who received the Class Notice that they are not in the Settlement Class. The specific notice is included as Exhibit A attached to the Joint Motion. (ECF No. 67-1). For good cause shown the Court **GRANTS** the Joint Motion and authorizes the proposed notice attached as Exhibit A thereto. (ECF No. 67). This case remains closed.

    **IT IS SO ORDERED.**

5/24/2021
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE