# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN C. RAYBURN,**

    **Plaintiff,**

  v.

**STAFFILINO CHEVROLET, INC.,**
*et. al.*,

    **Defendants.**

**Case No. 2:18-cv-1534**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on Defendant Santander Consumer USA Inc.'s motion to file the class notice list *ex parte* and under seal. (ECF No. 69). Plaintiff John Rayburn does not oppose the motion. Here the class list includes a significant number of names. These names belong to former purchasers, and have some proprietary value. At the same time, this list of names is of little, if any, public interest. For good cause shown the Court **GRANTS** the unopposed motion and authorizes Defendant to file the class notice list *ex parte* and under seal. This case remains closed.

    **IT IS SO ORDERED.**

**6/23/2021**
**DATE**

    **s/Edmund A. Sargus, Jr.**
    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**